# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONSTAR MORTGAGE, LLC;
BANK OF AMERICA, N.A.; AND
DEUTSCHE BANK NATIONAL TRUST
COMPANY,
                    Appellants,
          vs.
ROBERT J. BENNETT; AND JUDY
ANN BENNETT,
                    Respondents.

No. 72045

**FILED**

OCT 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.    NRAP 42(b).

It is so ORDERED.[1]

_____ , C.J.
Cherry

cc:    Chief Judge, the Third Judicial District Court
       Hon. Charles M. McGee, Senior Judge
       Wright, Finlay & Zak, LLP/Las Vegas
       Robert J. Bennett
       Virgil D. Dutt
       Third District Court Clerk

---

[1]Upon the dismissal of the appeal, jurisdiction over the underlying case automatically returns to the district court, rendering the parties' request for a remand unnecessary.  Any other relief appears to be more appropriately sought in the district court.

SUPREME COURT
OF
NEVADA

(0) 1947A

17-36616